STATE OF NEW JERSEY v. WILLIAM H. SMITH.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LENA WILSON.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MARY NUNN.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass*, 114 *N.J.* 169 and *State v. Molina*, 114 *N.J.* 181.

STATE OF NEW JERSEY v. ANNA POLULICH.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass*, 114 *N.J.* 169 and *State v. Molina*, 114 *N.J.* 181.